**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00652-RPM

MONICA JORDAN,

      Plaintiff,
v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS
ADAMS COUNTY CORONER'S OFFICE
JAMES HIBBARD, in his official capacity,

      Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND**
**SCHEDULING ORDER**
_____

      Upon review of Defendants, Adams County Board of County Commissioners, Adams County Coroner's Office and Coroner James Hibbard's Unopposed Motion to Amend Scheduling Order [17] filed on December 22, 2010, it is

      ORDERED that the Applicable Deadlines shall be extended as follows:

      DISCOVERY CUTOFF – April 29, 2011;

      DISPOSITIVE MOTION DEADLINE – May 31, 2011;

      PLAINTIFF'S EXPERT DESIGNATIONS – March 1, 2011;

      DEFENDANTS' REBUTTAL EXPERT DESIGNATIONS – March 31, 2011;

      REBUTTAL OPINIONS – April 15, 2011.

DATED this 23rd day of December, 2010.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge