**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00652-RPM

MONICA JORDAN,

      Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS
ADAMS COUNTY CORONER'S OFFICE
JAMES HIBBARD, in his official capacity,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY CUTOFF,
DISPOSITIVE MOTIONS DEADLINE AND VACATE PRETRIAL CONFERENCE**
_____

      THIS MATTER having come before the Court on the Joint Motion to Extend Discovery Cutoff, Dispositive Motions Deadline and Vacate Pretrial Conference [26] filed April 28, 2011, it is

      ORDERED that the motion is granted.  Discovery cutoff is hereby extended to August 1, 2011 and the dispositive motions deadline is extended to August 31, 2011.  It is

      FURTHER ORDERED that the Pretrial Conference currently scheduled for May 24, 2011 at 10:30 a.m. is hereby VACATED. The parties shall contact the Court within five (5) days after the mediation to advise the Court whether the case has settled or if a Pretrial Conference needs to be set.

      DATED: April 29, 2011.

                            BY THE COURT:

                            s/Richard Matsch
                            _____
                            Richard P. Matsch, Senior District Judge