**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00652-RPM

MONICA JORDAN,

       Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS
ADAMS COUNTY CORONER'S OFFICE
JAMES HIBBARD, in his official capacity,

       Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Monica Jordan and Defendants Adams County Board of Commissioners, Adams County Coroner's Office and James Hibbard, by and through their respective counsel, and, pursuant to Fed.R.Civ.P 41(a)(1)(ii), respectfully request that the action be dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

STIPULATED AND AGREED TO this 15th day of August, 2011:

| | |
|---|---|
| KILLMER, LANE & NEWMAN, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Qusair Mohamedbhai*<br>David A. Lane<br>Qusair Mohamedbhai<br>1543 Champa Street #400<br>Denver, CO  80202<br>Telephone: (303) 571-1000<br>Facsimile:  (303) 571-1001<br>Email: dlane@kln-law.com<br>      qmohamedbhai@kln-law.com<br><br>Attorneys for Plaintiff | *s/ David D. Powell, Jr.*<br>David D. Powell, Jr.<br>Roger G. Trim<br>Austin E. Smith<br>1700 Lincoln Street, Suite 4650<br>Denver, CO  80203<br>Telephone:  303.764.6800<br>Facsimile:  303.831.9246<br>David.powell@ogletreedeakins.com<br>Roger.trim@ogletreedeakins.com<br>Austin.smith@ogletreedeakins.com<br><br>*Attorneys for Defendants* |